PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Sep 28, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                   Plaintiff,

           v.

STEVEN DANIEL MILLER, A/K/A STEVE
DANIEL MILLER,

                  Defendant.

2:23-cr-0250 DJC

CASE NO.

18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 1028A –
Aggravated Identity Theft; 18 U.S.C. § 982(a)(2)(A)
– Criminal Forfeiture

## INDICTMENT

COUNT ONE [18 U.S.C. § 1344 – Bank Fraud]

    The Grand Jury charges:

        STEVEN DANIEL MILLER, a/k/a STEVE DANIEL MILLER,

defendant herein, as follows:

### I.      INTRODUCTION

    At all relevant times,

    1.    MILLER was a resident of Fairfield in the State and Eastern District of California.

    2.    Bank 1 was a financial institution serving customers in the State and Eastern District of

California, and Bank 1 was federally insured by the Federal Deposit Insurance Corporation.

    3.    MILLER obtained personal identifying information (PII), including the social security

1   number, of Person 1.

2       4.     MILLER used Person 1's PII to complete and submit a credit application with Bank 1 in

3   order to effectuate the purchase of a 2018 Dodge Challenger Hellcat at a car dealership in Yuba City,

4   California.

5       5.     As MILLER well knew, in truth and in fact, MILLER was not Person 1.  The completion

6   and submission of the credit application with Person 1's PII was material because it had a natural

7   tendency to influence, and was capable of influencing, Bank 1 to part with money or property.

8       6.     Based on the false information in the credit application, Bank 1 approved the loan and

9   paid approximately $75,754.00 to the car dealership.  After Bank 1 approved the loan, MILLER left the

10   dealership with the vehicle.

11   II.    CHARGE

12       7.     On or about October 6, 2018, in the County of Sutter, in the State and Eastern District of

13   California, MILLER  did knowingly and with the intent to defraud execute and attempt to execute a

14   scheme and artifice to defraud a financial institution and to obtain monies, funds, credits, assets,

15   securities, and other property owned by and under the custody and control of the financial institution,

16   Bank 1, by means of false or fraudulent pretenses and representations, namely by completing and

17   submitting a credit application with Person 1's PII.

18   All in violation of Title 18, United States Code, Section 1344.

19   COUNT TWO:  [18 U.S.C. § 1028A -- Aggravated Identity Theft]

20       The Grand Jury further charges: T H A T

21           STEVEN DANIEL MILLER, a/k/a STEVE DANIEL MILLER,

22   defendant herein, on or about October 6, 2018, in the County of Sutter, State and Eastern District of

23   California, did knowingly transfer, possess, and use, without lawful authority, a means of identification,

24   namely the social security number of Person 1, during and in relation to a felony violation of Title 18,

25   United States Code, Section 1344, bank fraud, knowing that the means of identification belonged to

26   another actual person, all in violation of Title 18, United States Code, Section 1028A.

27   ///

28   ///

FORFEITURE ALLEGATION: [18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture]

1.      Upon conviction of the offense alleged in Count One of this Indictment, defendant STEVEN DANIEL MILLER shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting or derived from proceeds obtained directly or indirectly, as a result of said violation, including but not limited to the following:

        a.      A sum of money equal to the amount of proceeds obtained directly or indirectly, as a result of such offense, for which defendant is convicted.

2.      If any property subject to forfeiture, as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1),incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

2:23-cr-0250 DJC

*No.* _ _ _ _ _ _ _ _ _ _

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

STEVEN DANIEL MILLER

**No Bail Warrant Pending Hearing**

I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 1344 – Bank Fraud;
18 U.S.C. § 1028A – Aggravated Identity Theft;
18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture

---

*A true bill,*   **/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ *28th* _ _ _ _ *day*

*of* _ _ *September* _ _ _ _ _ _ _ *, A.D. 20* _*23*_ _ _

_ _ _ _ _ _ _ _ _ _ */s/ R. Alvarez* _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

---

**No Bail Warrant Pending Hearing**
*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _

*Carol M. Delany*

---

GPO 863 525

2:23-cr-0250 DJC

### United States v. Steven Daniel Miller
**Penalties for Indictment**

**COUNT 1:**         **STEVEN DANIEL MILLER**

VIOLATION:         18 U.S.C. § 1344 – Bank Fraud

PENALTIES:         A maximum of 30 years in prison
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 MANDATORY

**COUNT 2:**         **STEVEN DANIEL MILLER**

VIOLATION:         18 U.S.C. § 1028A– Aggravated Identity Theft

PENALTIES:         Mandatory 2 years of imprisonment to be served consecutively to any
sentence imposed on Count 1
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 1 year

SPECIAL ASSESSMENT: $100 MANDATORY

**FORFEITURE ALLEGATION:**   **STEVEN DANIEL MILLER**

VIOLATION:         18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture

PENALTIES:         As stated in the charging document