PHILLIP A. TALBERT
United States Attorney
DENISE YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Sep 28, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN DANIEL MILLER A/K/A STEVE DANIEL MILLER,

Defendant.

CASE NO. 2:23-cr-0250 DJC

ORDER TO SEAL

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Denise Yasinow to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: September 28, 2023

_____
CAROLYN K. DELANEY
United States Magistrate Judge

ORDER TO SEAL

1