PHILLIP A. TALBERT
United States Attorney
DENISE YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Oct 04, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> STEVEN DANIEL MILLER, A/K/A STEVE DANIEL MILLER, <br> Defendant. | CASE NO: 2:23-CR-250-DJC <br><br> **ORDER TO UNSEAL INDICTMENT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the case and indictment in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: October 4, 2023

_____
Hon. CAROLYN DELANEY
UNITED STATES MAGISTRATE JUDGE