## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

  v.            CR NO: 2:23-CR-250-DJC

**STEVEN DANIEL MILLER, A/K/A STEVE DANIEL MILLER**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

  ☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Steven Daniel Miller a/k/a Steve Daniel Miller |
| Detained at | South Placer Jail |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. § 1344, 18 U.S.C. § 1028A, 18 U.S.C. § 982(a)(2)(A)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on Thursday, October 12, 2023, in the Eastern District of California.*

| | |
|---|---|
| Signature: | *(signed)* |
| Printed Name & Phone No: | Denise Yasinow 916-554-2830 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum    ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on October 12, 2023, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: October 6, 2023

            *(signed)*
            Honorable Carolyn K. Delaney
            U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | P0028**** | DOB: | |
| Facility Address: | 1801 Go For Broke Rd, Roseville, CA | Race: | |
| Facility Phone: | (916) 409-8100 | FBI#: | |
| Currently | South Placer Jail | | |

## RETURN OF SERVICE

Executed on: _____   _____
                (signature)