PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DANIEL MILLER,<br><br>Defendant. | CASE NO. 2:23-CR-250-DJC<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, and defendant Steven Daniel Miller, by and through his counsel of record, hereby stipulate as follows:

1. The parties attended a status conference before the Court on December 14, 2023. By previous order, another status conference was scheduled for January 18, 2024, and all time up to January 18, 2024, was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 24.

2. By this stipulation and proposed order, the parties now move to continue the status conference in this matter to February 1, 2024, at 9:00 am, with all time until that date excluded under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 1,000 pages of discovery, including bank records, search warrant evidence, and US Secret Service reports. Defense counsel is still in the

**Stipulation and Order Continuing Status Conference**

process of accessing and reviewing discovery and discussing the same with his client.

        b)     Defense counsel desires additional time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

        c)     Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 18, 2024, to February 1, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

**Stipulation and Order Continuing Status Conference**

| | |
|---|---|
| Dated: January 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Denise N. Yasinow<br>Denise N. Yasinow<br>Assistant United States Attorney |
| Dated: January 12, 2024 | /s/ Mark Reichel<br>Counsel for Defendant<br>Steven Daniel Miller |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of January, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**Stipulation and Order Continuing Status Conference**