MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
STEVEN MILLER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>STEVEN MILLER<br><br>                              Defendant. | CASE NO.  23-CR-00250 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: MARCH  7, 2024<br>TIME: 9:00 a.m.<br>COURT: HON. DANIEL J. CALABRETTA |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     Both parties now move to vacate the current status conference date of February 29, 2024, and to set a status conference on March 7, 2024, at 9:00 a.m., and to exclude time between the date undersigned and March 7, 2024 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

2.     The parties agree and stipulate, and request that the Court find the following:

a)     Defense counsel is in a state court trial to start February 29, 2024;

b)     Defendant is housed at Taft pretrial, and will be made present for March 7, 2024;

c)     Defense counsel requires additional time to go through the discovery and potential trial issues.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government agrees to the continuance.

1    f)    Based on the above-stated findings, the ends of justice served by continuing the

2    case as requested outweigh the interest of the public and the defendant in a trial within the

3    original date prescribed by the Speedy Trial Act.

4    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

5    et seq., within which trial must commence, the time period of the date undersigned to March 7,

6    2024,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

7    T4] because it results from a continuance granted by the Court at defendant's request on the basis

8    of the Court's finding that the ends of justice served by taking such action outweigh the best

9    interest of the public and the defendant in a speedy trial.

10    3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

11    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

12    must commence.

13    IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

14    Dated:  February 26, 2024

15

/s/ DENISE N. YASINOW

16

Assistant United States Attorney

17    Dated:  February 26, 2024

/s/ MARK J. REICHEL

18

MARK J. REICHEL
Counsel for Defendant

19

20

21

22

23

24

25

26

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of February, 2024.


Dated:  February 26, 2024                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE