RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN DANIEL MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN DANIEL MILLER,<br><br>    Defendant. | CR 2:23-CR-0250-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING FOR CHANGE OF PLEA** |

### STIPULATION

1. By previous order, this matter was set for change of plea on March 28, 2024.

2. On March 15, 2024, this Court signed the substitution of counsel.

3. By this stipulation, defendant now moves to continue entry of the change of plea from March 28, 2024 to May 2, 2024, at 9:00 a.m., and to exclude time between March 28, 2024, and May 2, 2024, under Local Code T4.

4. The government does not oppose this continuance since defense counsel needs time to review the discovery and meet and confer with her client.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2024, to May 2, 2024 is

deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable.

Date: March 18, 2024     Respectfully submitted,

*/s/RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Counsel for Defendant
Jason Chan

Date: March 18, 2024     */s/DENISE YASINOW*
DENISE YASINOW
Assistant United States Attorney

**SO ORDERED.**

Date: March 18, 2024     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATE FOR ENTRY OF CHANGE OF PLEA
UNITED STATES VS. STEVEN DANIEL MILLER, CR. 23-0250-DJD