UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN DANIEL MILLER<br><br>    Defendant. | Case No.  2:23-cr-0250 DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEVEN DANIEL MILLER</u> Case No. <u> 2:23-cr-0250 DJC </u> Charges <u>18 USC § 1344</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $   $10,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):$10,000 unsecured bond co-signed by

        __X__ Constance Jo Miller.  <u>Defendant to be RELEASED on 3/29/2024 at 9:30 AM</u>

Issued at Sacramento, California on March 28, 2024 at 2:48 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney