RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN DANIEL MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN DANIEL MILLER, ) <br> ) <br> Defendant. ) <br> ) | CR 2:23-CR-0250-DJC <br><br> **STIPULATION AND ORDER TO EXTEND DATE FOR SELF-SURRENDER** |

Defendant Steven Daniel Miller, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Denise Yasinow request that Mr. Miller's surrender following the revocation of his release bond be extended from October 10, 2024, to November 1, 2024. This extension is so that his dental work can be completed. The letter from Dr. Dia Basha, Mr. Miller's dentist, is attached hereto as **Exhibit A**, in support of this request.

Date: October 8, 2024                                              Respectfully submitted,

                                                                              */s/RANDY SUE POLLOCK*
                                                                              RANDY SUE POLLOCK
                                                                              Counsel for Defendant
                                                                              Steven Daniel Miller

Date: October 8, 2024                                              /s/*DENISE YASINOW*
                                                                              DENISE YASINOW
                                                                              Assistant United States Attorney

1
2  SO ORDERED:
3
4  Date: __October 9__, 2024
                                                   HONORABLE CHI SOO KIM
5                                                  United States Magistrate Judge

# EXHIBIT A

Case 2:23-cr-00259-DJC   Document 591   Filed 10/09/24   Page 3 of 42

10/08/2024

Smile Design

Dr.Dia Basha DDS

2685 Pleasant Hill Rd. Ste A

Pleasant Hill, CA 94523

(925)945-7500

Re: Letter of Dental Necessity
Patient: Steven Miller

To whom this may concern,

This letter is to request more time with our patient Steve Miller. I am writing to provide dental information related to Steve. I have been treating Steve since April 2024. During my examinations, I observed many fractured teeth and severe decay and infections. This condition has resulted in the implications, such as pain, difficulty eating, I have provided the following treatments:

Extractions

Bone graphs

Implants

Dentures

The patient has no teeth and requires false teeth to be fitted, adjusted and finished. They are necessary for him to be able to eat. The patient has implants that will snap into dentures and requires more time in the office for impressions, adjustments and lab work. I am requesting more time with my patient to finish his dental treatment. I am anticipating will be done by October 31st.2024 if everything goes as planned. Thank you for your prompt attention to this matter.

Should you require any further information or documentation regarding this case, please do not hesitate to contact me.

Sincerely,

Dia Basha DDS.