UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00250-DJC |
| Plaintiff, | |
| v. | ORDER |
| STEVEN DANIEL MILLER, | |
| Defendant. | |

This matter was set for judgment and sentencing on December 17, 2024, at 9:00 A.M. in Courtroom 7. At the time of the hearing, Defendant Steven Daniel Miller was not present. At the hearing it was represented that Defendant Miller is in the custody of the United States Marshal's Service, but is presently housed in the Northern District of California. When Defendant Miller was first taken into custody, he screened for tuberculosis and tested positive. In order to protect the health and safety of others, the Marshals sought to ensure that Defendant tested negative for transmittable tuberculosis before transporting him to the Eastern District of California. The Deputy Marshal present at the proceedings represented that Defendant Miller has refused any subsequent tuberculosis testing.

In order to protect the health of the court staff, the Marshals, the attorneys, and the public, and to avoid transmission of tuberculosis, IT IS HEREBY ORDERED that

Defendant shall undergo testing to ensure that he does not have transmittable tuberculosis prior to his transportation to the Eastern District of California. Such testing shall be completed expeditiously and to avoid unnecessary delay in Defendant's appearance for judgment and sentencing on January 9, 2025. The Marshals shall provide Defendant with an additional opportunity to voluntarily undergo testing in compliance with this order but, should Defendant continue to refuse testing, are the Marshals are ordered and authorized by the Court to take necessary steps to test Defendant for transmittable tuberculosis before transporting him to this district.

Dated: December 19, 2024

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE