1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Telephone: 510-763-9967
   Facsimile:  510-380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   STEVEN DANIEL MILLER

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )  CR 2:23-CR-0250-DJC
10                                  )
          Plaintiff,                )
11                                  )
      v.                            )  **STIPULATION AND PROPOSED ORDER**
12                                  )  **TO CONTINUE SENTENCING**
   STEVEN DANIEL MILLER,            )
13                                  )
          Defendant.                )
14                                  )
                                    )
15

STIPULATION TO CONTINUE SENTENCING
UNITED STATES VS. STEVEN DANIEL MILLER, CR. 23-0250-DJC

Defendant Steven Daniel Miller, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Denise Yasinow request that Mr. Miller's sentencing which is presently set for January 9, 2025, be continued to January 30, 2025 at 9 a.m.  This extension is at the request of the U.S. Marshal who will be transporting Mr. Miller back to the EDCA.

Date:  January 6, 2025

Respectfully submitted,

*/s/RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Counsel for Defendant
Steven Daniel Miller

Date:  January 6, 2025

*/s/DENISE YASINOW*
DENISE YASINOW
Assistant United States Attorney

SO ORDERED:

Dated:  January 7, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING
UNITED STATES VS. STEVEN DANIEL MILLER, CR. 23-0250-DJC