# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Mar 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA,

v.

STEVEN DANIEL MILLER,

Case No: 2:23-CR-00250-DJC

## WARRANT FOR ARREST

**TO:** THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Steven Daniel Miller

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

Indictment

charging him or her with *(brief description of offense)*

**Bank Fraud**

in violation of Title **18** United States Code, Section(s) **1344**

J. Donati
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

9/28/23        Sacramento, CA
Date and Location

Bail fixed at **NO BAIL**   by **Magistrate Judge Carolyn K. Delaney**

USMS SACRAMENTO RCVD
SEP 28 2023 PM3:09

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

10/17/24
Date Received

10/20/24
Date of Arrest

Alan Yao, SDUSM
Name and Title of Arresting Officer

*[signature]* FOR DUSM GORCZYNSKI
Signature of Arresting Officer